IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Michael A. Wood,

    Plaintiff,

vs.

Sgt. Chad Eubanks, et. al.,

    Defendants.

Case No. 3:18-cv-168

Judge Thomas M. Rose

Magistrate Judge Sharon L. Ovington

## ORDER

This matter is before the Court on Defendants' Motion for Leave to Depose Plaintiff Michael A. Wood pursuant to Federal Rule of Civil Procedure 30(a)(2)(B). (See Motion for Leave filed at Doc. 18). The Motion is **GRANTED**.

IT IS SO ORDERED.

Date: 3-20-19

SHARON OVINGTON
UNITED STATES MAGISTRATE JUDGE

4829-7305-8189.1