# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**MICHAEL WOOD,**

        **Plaintiff,**

-vs-                                      Case No. 3:18-CV-168

**CHAD EUBANKS et al.,**

        **Defendants.**

## SCHEDULING ORDER

As a result of the telephone conference conducted on July 11, 2022, the Court would set the following trial schedule:

1. In chambers Final Pretrial Conference:      <u>October 25, 2022 at 1:30 p.m.</u>

2. Trial exhibits to be delivered to the Courtroom Deputy by:      <u>November 23, 2022</u>

3. Jury Trial:      <u>November 28, 2022 at 9:00 a.m.</u>

**DONE** and **ORDERED** in Dayton, Ohio, this 12th day of July, 2022.

                                              **s/ Thomas M. Rose**

                                              THOMAS M. ROSE, JUDGE
                                              UNITED STATES DISTRICT COURT