**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **MICHAEL A. WOOD** | : | **CASE NO:  3:18-cv-168** |
| | : | |
| **Plaintiff,** | : | **JUDGE THOMAS M. ROSE** |
| | : | **MAGISTRATE JUDGE** |
| vs. | : | **SHARON OVINGTON** |
| | : | |
| **SGT. CHAD EUBANKS, ET. AL.** | : | |
| | : | |
| **Defendants.** | : | |

### NOTICE OF WITHDRAWAL OF CO-COUNSEL

     Dinkler Law Office, LLC through Trial Counsel Lynnette Dinkler, hereby gives notice Attorney Carin Al-Hamdani, formerly of Dinkler Law Office, LLC, is withdrawn as co-counsel of record for Plaintiff Michael A. Wood.

                                     Respectfully submitted,

                                     s/Lynnette Dinkler
                                     Lynnette Dinkler (0065455)
                                     Lead Trial Counsel
                                     lynnette@dinkler-law.com
                                     DINKLER LAW OFFICE, LLC
                                     174 Lookout Drive
                                     Dayton, OH 45419
                                     (937) 426-4200
                                     (866) 831-0904 (fax)
                                     *Attorney for Plaintiff Michael A. Wood*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of July, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Andrew N. Yosowitz
ayosowitz@teetorlaw.com
Teetor Westfall, LLC
200 E. Campus View Blvd, Ste 200
Columbus, OH 43235
*Attorney for Defendants*

                                           s/Lynnette Dinkler
                                           Lynnette Dinkler (0065455)